Case 3:20-cv-08150-JJT   Document 4-1   Filed 06/23/20   Page 1 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Arizona

| Brenda Whittaker, individually and on behalf of all others similarly situated | ) |
|---|---|
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. CV-20-08150-PCT-JJT |
| WinRed Technical Services, LLC, a Delaware limited liability company, and National Republican Senatorial Committee, a District of Columbia non-profit organization | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* WinRed Technical Services, LLC c/o
Registered Agents Inc.
4445 Corporation Lane, Suite 264
Virginia Beach, VA 23462

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Penny L. Koepke
Maxwell & Morgan, P.C.
4854 E. Baseline Road, Suite 104
Mesa, Arizona 85206
pkoepke@hoalaw.biz
Telephone: (480)833-1001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____                            _____
                                                  *Signature*  *Clerk*

ISSUED ON 12:37 pm, Jun 23, 2020
s/ Debra D. Lucas, Acting Clerk

Case 3:20-cv-08150-JJT   Document 4-1   Filed 06/23/20   Page 2 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Winfred Technical Services LLC
was received by me on *(date)* 6-24-20 . Registered Agents, Inc.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Lindsey Herrera, process clerk , who is
designated by law to accept service of process on behalf of *(name of organization)* Registered Agents, Inc.
4445 Corporation Lane Ste 264 on *(date)* 6/26/20 ; or
VA Beach, VA 23462                              10:50am

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6·26·20

*Server's Signature*

Melissa Pulling, process server
*Printed name and title*

Servor, Inc
Process Servers
3420 Pump Road #114
Henrico, VA 23233
(804) 285-0959

Additional information regarding attempted service, etc:



412 N. Main Street, Suite 100
Buffalo, WY 82834
307-200-2803
RegisteredAgentsInc.com

The following people are authorized to accept documents on behalf of Registered Agents Inc.;

Steve Kamarek
Bill Kamarek
Jessica Waddell
Lindsey Herrera
Jenna Crum
Kirstey Kellogg

Thank you,

*Bill Havre*

Bill Havre, Officer