Penny L. Koepke
pkoepke@hoalaw.biz
Maxwell & Morgan, P.C.
4854 E. Baseline Road, Suite 104
Mesa, Arizona 85206
Telephone (480) 833-1001

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff and the Class*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brenda Whittaker, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WinRed Technical Services, LLC, a Delaware limited liability company, and National Republican Senatorial Committee, a District of Columbia non-profit organization,<br><br>Defendants. | Case No. 3:20-cv-08150-PCT-JJT<br><br>**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**<br><br>**(First Request)** |

Pursuant to LRCiv 7.3(a), Plaintiff Brenda Whittaker ("Plaintiff" or "Whittaker") and Defendant National Republican Senatorial Committee ("NRSC" or "Defendant"), through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on June 23, 2020, Plaintiff filed her Class Action Complaint alleging wide-scale violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* ("TCPA").

WHEREAS, on August 17, 2020, the NRSC filed its Motion to Dismiss Under Rule 12(b)(6) or to Stay Proceedings ("Motion").

WHEREAS, Plaintiff's Response to Defendant's Motion is currently due on or

1

1  before August 31, 2020.

2      WHEREAS, the Parties jointly request a three (3) week extension of the deadline
3  for Plaintiff to respond to the NRSC's Motion until September 21, 2020.

4      WHEREAS, the additional time is necessary to permit Plaintiff to adequately
5  prepare and respond to Defendant's Motion.

6      WHEREAS, the extension is not being sought for any improper purpose and will
7  not disrupt any other deadline.

8      WHEREAS, the Parties respectfully request that the Court grant Plaintiff an
9  extension of the deadline for Plaintiff to respond to the NRSC's Motion from August 31,
10 2020 until September 21, 2020.

    Respectfully submitted,

Dated: August 21, 2020    **BRENDA WHITTAKER**, individually and on behalf of all others similarly situated,

By: /s/ Patrick H. Peluso

Penny L. Koepke
pkoepke@hoalaw.biz
Maxwell & Morgan, P.C.
4854 E. Baseline Road, Suite 104
Mesa, Arizona 85206
Telephone (480) 833-1001

Patrick H. Peluso*
ppeluso@woodrowpeluso.com
Taylor T. Smith*
tsmith@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

*Attorneys for Plaintiff and the Class*

* Pro Hac Vice admission to be sought

2

**NATIONAL REPUBLICAN SENATORIAL COMMITTEE**

By: /s/ Anthony T. King

Brett W. Johnson (#021527)
Anthony T. King (#027459)
Ryan J. Regula (#028037)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202

Brett A. Shumate (pro hac vice)
Kaytlin L. Roholt (pro hac vice)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001

*Counsel for Defendant National Republican Senatorial Committee*

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and accurate copy of the above titled document was served upon counsel of record by filing such papers via the Court's ECF system on August 21, 2020.

                   /s/ Patrick H. Peluso