1  Penny L. Koepke
   pkoepke@hoalaw.biz
2  Maxwell & Morgan, P.C.
   4854 E. Baseline Road, Suite 104
3  Mesa, Arizona 85206
   Telephone (480) 833-1001

4  [Additional counsel appearing on signature page]

5  *Attorneys for Plaintiff and the Class*

6

7  **IN THE UNITED STATES DISTRICT COURT**
   **FOR THE DISTRICT OF ARIZONA**
8

| | |
|---|---|
| Brenda Whittaker, individually and on behalf of all others similarly situated, | Case No. 3:20-cv-08150-PCT-JJT |
| Plaintiff, | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF WINRED TECHNICAL SERVICES, LLC WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |
| v. | |
| WinRed Technical Services, LLC, a Delaware limited liability company, and National Republican Senatorial Committee, a District of Columbia non-profit organization, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Brenda Whittaker, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), gives notice that she voluntarily dismisses all claims asserted against WinRed Technical Services, LLC ("WRTS") in this action as to herself in her individual capacity without prejudice. WRTS has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, the claims against WRTS may be dismissed without prejudice without an Order of the Court. The claims against Defendant National Republican Senatorial Committee remain in effect.

| | |
|---|---|
| | Respectfully submitted, |
| Dated: August 24, 2020 | **BRENDA WHITTAKER**, individually and on behalf of all others similarly situated, |
| | By: */s/ Taylor T. Smith* |
| |        One of Plaintiff's Attorneys |
| | Penny L. Koepke<br>pkoepke@hoalaw.biz<br>Maxwell & Morgan, P.C.<br>4854 E. Baseline Road, Suite 104<br>Mesa, Arizona 85206<br>Telephone (480) 833-1001 |
| | Patrick H. Peluso*<br>ppeluso@woodrowpeluso.com<br>Taylor T. Smith*<br>tsmith@woodrowpeluso.com<br>Woodrow & Peluso, LLC<br>3900 East Mexico Avenue, Suite 300<br>Denver, Colorado 80210<br>Telephone: (720) 213-0675<br>Facsimile: (303) 927-0809 |
| | *Attorneys for Plaintiff and the Class* |
| | * Pro Hac Vice |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the above titled document was served upon counsel of record by filing such papers via the Court's ECF system on August 24, 2020.

                                              /s/ Taylor T. Smith