1  Brett A. Shumate (*pro hac vice*)
   Kaytlin L. Roholt (*pro hac vice*)
2  JONES DAY
   51 Louisiana Avenue, N.W.
3  Washington, D.C. 20001
   Telephone:  202.879.3939
4  Facsimile: 202.626.1700
   E-Mail:  bshumate@jonesday.com
5          kroholtlane@jonesday.com

6  Brett W. Johnson (#021527)
   Anthony T. King (#027459)
7  Ryan J. Regula (#028037)
   SNELL & WILMER L.L.P.
8  One Arizona Center
   400 E. Van Buren, Suite 1900
9  Phoenix, Arizona  85004-2202
   Telephone:  602.382.6000
10 Facsimile:  602.382.6070
   E-Mail: bwjohnson@swlaw.com
11         aking@swlaw.com
           rregula@swlaw.com
12
   *Counsel for Defendant National*
13 *Republican Senatorial Committee*

14

15             IN THE UNITED STATES DISTRICT COURT

16                FOR THE DISTRICT OF ARIZONA

17

18 Brenda Whittaker, individually and, on
   behalf of all others similarly situated,        No. 3:20-cv-08150-PCT-JJT
19
                   Plaintiff,                      **NATIONAL REPUBLICAN**
20                                                 **SENATORIAL COMMITTEE'S**
          v.                                       **UNOPPOSED MOTION FOR**
21                                                 **LEAVE TO FILE SUPPLEMENTAL**
   WinRed Technical Services, LLC, a               **BRIEF**
22 Delaware limited liability company, and
   National Republican Senatorial Committee,
23 a District of Columbia non-profit
   organization,
24
                   Defendants.
25

26

27

28

1    Defendant National Republican Senatorial Committee ("NRSC") respectfully

2    requests leave of the Court to file a short supplemental brief concerning NRSC's pending

3    motion to dismiss or, in the alternative, to stay proceedings (the "Motion"). *See* Dkt. 13. A

4    copy of the NRSC's proposed supplemental brief is attached hereto as Exhibit 1.

5    The NRSC requests leave to file a short supplemental brief because on October 29,

6    2020, the United States District Court for the Northern District of Ohio issued a decision

7    granting a motion to dismiss based on the same arguments that the NRSC made in its

8    Motion. *See Lindenbaum, v. Realgy, LLC*, No. 1:19 CV 2862, 2020 WL 6361915 (N.D.

9    Ohio Oct. 29, 2020). The NRSC's supplemental brief will discuss the *Lindenbaum* decision

10   and explain how and why that decision supports the argument asserted in the NRSC's

11   Motion seeking dismissal of Plaintiff's Complaint. Because the recently issued *Lindenbaum*

12   decision is helpful to the Court in deciding the NRSC's pending Motion (and NRSC was

13   unable to cite *Lindenbaum* sooner), the NRSC respectfully requests that the Court permit

14   the NRSC to file a short, one page supplemental brief to address the *Lindenbaum* decision.

15   The NRSC has conferred with Plaintiff's counsel concerning the NRSC's request,

16   and Plaintiff has indicated she does not oppose the NRSC's request so long as Plaintiff is

17   afforded an opportunity to respond to the supplemental brief. Accordingly, the NRSC

18   respectfully requests that the Court grant the NRSC's request to file a one page

19   supplemental brief to address the *Lindenbaum* decision and allow Plaintiff to file a one page

20   response to the NRSC's supplemental brief within five (5) calendar days of the NRSC's

21   filing of its supplemental brief.

22   A proposed form of order is submitted contemporaneously herewith.

23

24

25

26

27

28

1

DATED this 3rd day of November, 2020.

2

3

SNELL & WILMER L.L.P.

4

5

By: */s/ Anthony T. King*

6

Brett W. Johnson
Anthony T. King
Ryan J. Regula

7

One Arizona Center
400 E. Van Buren, Suite 1900

8

Phoenix, Arizona  85004-2202

9

10

JONES DAY

11

Brett A. Shumate (admitted *pro hac vice*)
Kaytlin L. Roholt (admitted *pro hac vice*)

12

51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone:  202.879.3939

13

Facsimile: 202.626.1700
E-Mail:  bshumate@jonesday.com

14

         kroholtlane@jonesday.com

15

*Attorneys for Defendant National*
*Republican Senatorial Committee*

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that on November 3, 2020, I electronically transmitted the attached

3   document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4   Notice of Electronic Filing to the CM/ECF registrants on record.

5

6

7                                              *s/ Audrey Dodgin*

8   4845-8917-3456

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28