IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brenda Whittaker, | No. CV-20-08150-PCT-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| WinRed Technical Services LLC, *et al.*, | |
| Defendants. | |

At issue is the National Republican Senatorial Committee's Unopposed Motion for Leave to File Supplemental Brief (Doc. 25). Upon review and good cause appearing;

IT IS HEREBY ORDERED granting the National Republican Senatorial Committee's Unopposed Motion for Leave to File Supplemental Brief (Doc. 25).

IT IS FURTHER ORDERED that

1. within two days of the entry of this Order, Defendant may file a one page supplemental brief in support of its pending motion to dismiss or, in the alternative, to stay proceedings to address the recent decision by the United States District Court for the Northern District of Ohio in *Lindenbaum v. Realgy, LLC*, No. 1:19 CV 2862, 2020 WL 6361915 (N.D.Ohio Oct. 29, 2020); and

. . . .

. . . .

. . . .

. . . .

2. within five calendar days of Defendant's filing its one page supplemental brief, Plaintiff may file a one page supplemental brief responding to Defendant's supplemental brief concerning the *Lindenbaum* decision.

Dated this 12th day of November, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　
Honorable John J. Tuchi
United States District Judge