Brett A. Shumate (*pro hac vice*)
Kaytlin L. Roholt (*pro hac vice*)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone:  202.879.3939
Facsimile: 202.626.1700
E-Mail:  bshumate@jonesday.com
         kroholtlane@jonesday.com

Brett W. Johnson (#021527)
Anthony T. King (#027459)
Ryan J. Regula (#028037)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
Telephone:  602.382.6000
Facsimile:  602.382.6070
E-Mail: bwjohnson@swlaw.com
        aking@swlaw.com
        rregula@swlaw.com

*Counsel for Defendant National Republican Senatorial Committee*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brenda Whittaker, individually and, on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>National Republican Senatorial Committee, a District of Columbia non-profit organization,<br><br>Defendant. | No. 3:20-cv-08150-PCT-JJT<br><br>**NATIONAL REPUBLICAN SENATORIAL COMMITTEE'S SECOND SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION TO DISMISS UNDER RULE 12(b)(6) OR TO STAY PROCEEDINGS**<br><br>**(Oral Argument Requested)** |

Defendant National Republican Senatorial Committee (NRSC) respectfully submits this second supplemental brief in support of its Motion to Dismiss or Stay.

**I.   ARGUMENT**

In *Lindenbaum, v. Realgy, LLC*, No. 1:19 CV 2862, 2020 WL 6361915 (N.D. Ohio Oct. 29, 2020), the United States District Court for the Northern District of Ohio agreed with the opinion in *Creasy v. Charter Communications, Inc.*, No. CV 20-1199, 2020 WL 5761117 (E.D. La. Sept. 28, 2020), regarding the impact of the Supreme Court's decision in *Barr v. American Association of Political Consultants*, 140 S. Ct. 2335 (2020), in cases seeking to impose retroactive TCPA liability. A copy of the *Lindenbaum* decision is attached hereto as Exhibit A.

As in *Creasy*, the plaintiff in *Lindenbaum* alleged that the defendant violated § 227(b)(1)(A)(iii) of the TCPA before *Political Consultants*. The court dismissed the case because "the statute at issue was unconstitutional at the time of the alleged violations." 2020 WL 6361915, at *7. Indeed, "at the time defendants engaged in the speech at issue, defendant was subject to an unconstitutional content-based restriction." *Id.* To impose retroactive liability on the defendant would "raise its own set of equal treatment concerns— the very concern raised by the [*Political Consultants*] dissent." *Id.* (citing *Grayned v. City of Rockford*, 408 U.S. 104, at n.2). The court could not enforce the severed version of the TCPA to impose retroactive liability on the defendant because the Supreme Court's "severance of the government-debt exception applies only prospectively." *Id.* at *3.

*Creasy* and *Lindenbaum* support the NRSC's argument that Plaintiff's complaint should be dismissed.

**III.   CONCLUSION**

For these reasons, and all of the reasons set forth in the NRSC's prior briefing, the NRSC respectfully requests that the Court dismiss Plaintiff's complaint with prejudice or, in the alternative, stay this case pending the Supreme Court's decision in *Facebook, Inc. v. Duguid*.

1       DATED this 13th day of November, 2020.

3                                               SNELL & WILMER L.L.P.

5                                       By: */s/ Anthony T. King*
                                            Brett W. Johnson
6                                           Anthony T. King
                                            Ryan J. Regula
7                                           One Arizona Center
                                            400 E. Van Buren, Suite 1900
8                                           Phoenix, Arizona  85004-2202

10                                          JONES DAY

11                                          Brett A. Shumate (admitted *pro hac vice*)
                                            Kaytlin L. Roholt (admitted *pro hac vice*)
                                            51 Louisiana Avenue, N.W.
12                                          Washington, D.C. 20001
                                            Telephone:  202.879.3939
13                                          Facsimile: 202.626.1700
                                            E-Mail:  bshumate@jonesday.com
14                                                   kroholtlane@jonesday.com

15                                          *Attorneys for Defendant National Republican Senatorial Committee*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

*s/ Audrey Dodgin*

4818-3031-9314