1  Penny L. Koepke
   pkoepke@hoalaw.biz
2  Maxwell & Morgan, P.C.
   4854 E. Baseline Road, Suite 104
3  Mesa, Arizona 85206
   Telephone (480) 833-1001
4
   [Additional counsel appearing on signature page]
5
   *Attorneys for Plaintiff and the Class*
6

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| Brenda Whittaker, individually and on behalf of all others similarly situated, | Case No. 3:20-cv-08150-PCT-JJT |
|---|---|
| Plaintiff, | **NOTICE OF SUPPLEMENTAL AUTHORITY** |
| v. | |
| National Republican Senatorial Committee, a District of Columbia non-profit organization, | |
| Defendant. | |

Plaintiff Brenda Whittaker ("Plaintiff"), by and through her undersigned counsel, hereby provides notice of the attached opinion issued on December 17, 2020, in *Shen v. Tricolor California Auto Group, LLC*, Case No. 2:20-cv-07419-PA-AGR (C.D. Cal. Dec. 17, 2020) (attached hereto as Exhibit A) as supplemental authority in support of her Response in Opposition to Defendant National Republican Senatorial Committee's Motion to Dismiss or Stay (dkt. 19).

Respectfully submitted,

Dated: December 17, 2020              **BRENDA WHITTAKER**, individually and on behalf of all others similarly situated,

By: /s/ *Taylor T. Smith*

Penny L. Koepke
pkoepke@hoalaw.biz
Maxwell & Morgan, P.C.
4854 E. Baseline Road, Suite 104
Mesa, Arizona 85206
Telephone (480) 833-1001

Patrick H. Peluso*
ppeluso@woodrowpeluso.com
Taylor T. Smith*
tsmith@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

*Attorneys for Plaintiff and the Class*

* *Pro Hac Vice admission to be sought*

1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the above titled document was served upon counsel of record by filing such papers via the Court's ECF system on December 17, 2020.

                                                    /s/ Taylor T. Smith