Penny L. Koepke
pkoepke@hoalaw.biz
Maxwell & Morgan, P.C.
4854 E. Baseline Road, Suite 104
Mesa, Arizona 85206
Telephone (480) 833-1001

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff and the Class*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brenda Whittaker, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>National Republican Senatorial Committee, a District of Columbia non-profit organization,<br><br>Defendants. | Case No. 3:20-cv-08150-PCT-JJT<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY** |

Plaintiff Brenda Whittaker ("Plaintiff"), by and through her undersigned counsel, hereby provides notice of the attached brief filed by the United States of America on February 26, 2021, in *Massaro v. People for the Ethical Treatment of Animals, Inc.*, Case No. 3:20-cv-00510-AJB-MSB (S.D. Cal. Feb. 26, 2021) (attached hereto as Exhibit A) as supplemental authority in support of her Response in Opposition to Defendant National Republican Senatorial Committee's Motion to Dismiss or Stay (dkt. 19). The United States intervened in *Massaro* in support of the constitutionality of the Telephone Consumer Protection Act.

1

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: February 26, 2021 | **BRENDA WHITTAKER**, individually and on behalf of all others similarly situated, |
|   | By: /s/ Patrick H. Peluso |
|   | Penny L. Koepke<br>pkoepke@hoalaw.biz<br>Maxwell & Morgan, P.C.<br>4854 E. Baseline Road, Suite 104<br>Mesa, Arizona 85206<br>Telephone (480) 833-1001 |
|   | Patrick H. Peluso*<br>ppeluso@woodrowpeluso.com<br>Taylor T. Smith*<br>tsmith@woodrowpeluso.com<br>Woodrow & Peluso, LLC<br>3900 East Mexico Avenue, Suite 300<br>Denver, Colorado 80210<br>Telephone: (720) 213-0675<br>Facsimile: (303) 927-0809 |
|   | *Attorneys for Plaintiff and the Class* |
|   | * Pro Hac Vice admission to be sought |

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the above titled document was served upon counsel of record by filing such papers via the Court's ECF system on February 26, 2021.

/s/ Patrick H. Peluso