# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brenda Whittaker, | No. CV-20-08150-PCT-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| WinRed Technical Services LLC, *et al.*, | |
| Defendants. | |

The Court has reviewed the Plaintiff and Defendant's Joint Notice of Decision and Request to Maintain Stay (Doc. 39).

IT IS HEREBY ORDERED granting the Request to Maintain Stay (Doc. 39).

IT IS FURTHER ORDERED extending the stay for 30 days from the date of this Order. The Stay will dissolve thereafter and if the parties have not otherwise resolved Plaintiff's claims, the parties shall exchange initial disclosures in this matter pursuant to Fed. R. Civ. P. 26(a)(1) within one week of expiration of the Stay. The Court thereafter will set the matter for a Rule 16 scheduling conference and order a Joint Proposed Case Management Report.

Dated this 14th day of April, 2021.

Honorable John J. Tuchi
United States District Judge