1  Penny L. Koepke
   pkoepke@hoalaw.biz
2  Maxwell & Morgan, P.C.
   4854 E. Baseline Road, Suite 104
3  Mesa, Arizona 85206
   Telephone (480) 833-1001

4  [Additional counsel appearing on signature page]

5  *Attorneys for Plaintiff and the Class*

6
                   **IN THE UNITED STATES DISTRICT COURT**
7                     **FOR THE DISTRICT OF ARIZONA**

8
   | Brenda Whittaker, individually and on behalf of all others similarly situated, | |
   |---|---|
   | Plaintiff, | Case No. 3:20-cv-08150-PCT-JJT |
   | v. | **NOTICE OF VOLUNTARY DISMISSAL** |
   | National Republican Senatorial Committee, a District of Columbia non-profit organization, | |
   | Defendant. | |

   Plaintiff dismisses this lawsuit against Defendant with prejudice.

   Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

   (a) Voluntary Dismissal.

   **(1) By the Plaintiff.**

   (A) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

       (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

       (ii) a stipulation of dismissal signed by all parties who have appeared.

                                        1

  (B) *Effect*. Unless the notice or stipulation states otherwise, the dismissal is without prejudice. But if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits.

In this case, Defendant has neither answered Plaintiff's Complaint nor served a motion for summary judgment. In addition, no class has been certified in this matter so Rule 23's exceptions do not apply. Likewise, this case does not involve any Receiver so as to implicate Rule 66.

Accordingly, Plaintiff hereby dismisses these proceedings in accordance with Rule 41(a)(1)(i).

Respectfully submitted,

Dated: May 20, 2021

**BRENDA WHITTAKER**, individually and on behalf of all others similarly situated,

By: /s/ Patrick H. Peluso

Penny L. Koepke
pkoepke@hoalaw.biz
Maxwell & Morgan, P.C.
4854 E. Baseline Road, Suite 104
Mesa, Arizona 85206
Telephone (480) 833-1001

Patrick H. Peluso*
ppeluso@woodrowpeluso.com
Taylor T. Smith*
tsmith@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

*Attorneys for Plaintiff and the Class*

* Pro Hac Vice admission to be sought

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the above titled document was served upon counsel of record by filing such papers via the Court's ECF system on May 20, 2021.

/s/ Patrick H. Peluso